UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

        Petitioner,

v.                              CASE NO.  8:05-mc-87-T-27MAP

ROBERT S. McMILLIAN

        Respondent.
_____/

## ORDER

This is an action by the United States for judicial enforcement of an Internal Revenue Service summons.  *See* 26 U.S.C. § 7402.  After I issued a report to the district judge recommending he enforce the summons (doc. 8), the Respondent filed a "motion to compel agency action pursuant to 28 U.S.C. § 1361."[1]  *See* doc 12.  In summary, the Respondent wants the Court to compel the Internal Revenue Service to release its liens and levies against him, return property he claims the IRS wrongfully seized, process his recently filed tax returns (for the 1997-2004 tax years), and administratively correct his accounting record.  These demands are without any legal merit because a court's focus in an enforcement proceeding is exceedingly narrow and limited to deciding if the summons should be enforced.  *Brittingham v. U.S. Comm. of IRS*, 451. F.2d 315, 317 (5th Cir. 1971).[2]  Respondent's motion covers matters outside the

---

[1] Section 1361 states that the district courts "shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

[2] The Eleventh Circuit in an *en banc* decision, *Bonner v. City of Pritchard*, 661 F.2d 1206, 1209 (11th Cir. 1981), adopted as precedent decisions of the former Fifth Circuit rendered prior to October 1, 1981.

scope of 26 U.S.C. 7402(b).  *See generally, United States v. Powell,* 379 U.S. 48 (1964).

Besides, to the extent Respondent seeks mandamus relief under 28 U.S.C. § 1361, the Court is without subject matter jurisdiction to hear his claims.  *See* 26 U.S.C. § 7421 (prohibiting suits to restrain assessment or collection of tax); *Brittingham, supra* (no jurisdiction under the All Writs Act to matters prohibiting Commissioner from using documents in matters pending before the Tax Court).  Therefore, it is

    ORDERED:

    1.  Respondent's  Motion to Compel Agency Action Pursuant 28 U.S.C. § 1361 (doc. 12) is DENIED.

    DONE AND ORDERED at Tampa, Florida on December 14, 2005.

*[signature: Mark A. Pizzo]*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record
    *Pro se* Party